UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA ROSA,

                Plaintiff,

-against-

PREMIER HOME HEALTH CARE SERVICES, INC., et al.,

                Defendants.

**ORDER**

23-CV-03062 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Olga Rosa initiated this action by filing a complaint on April 12, 2023. (Doc. 1). The affidavits of service filed by Plaintiff indicate that service of the summons and complaint was effectuated on Defendants on April 18, 2023. (Doc. 8, Doc. 9). Plaintiff has not obtained Clerk's Certificates of Default or otherwise taken any steps to move this action forward.

Plaintiff is, accordingly, directed to comply with this Court's Individual Practices Rule 4(B) by August 4, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       July 13, 2023

                                            _____
                                            Philip M. Halpern
                                            United States District Judge